**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ZHAOYU SHI,** <br><br> Plaintiff, <br><br> v. <br><br> **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"** <br><br> Defendants. | Civil Action No. 1:24-cv-2630 |

## <u>EXHIBIT 1 – PUBLIC VERSION</u>

This is the public version of Exhibit 1. A sealed version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this court.

DATED: April 2, 2024                                         Respectfully submitted,

By: */s/ Timothy Wang*
Timothy Wang
Texas Bar No. 24067927
twang@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*