**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ZHAOYU SHI,**<br><br>                Plaintiff,<br><br>   v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**<br><br>                Defendants. | **Civil Action No. 1:24-cv-2630** |

## EXHIBIT 2 – PUBLIC VERSION

This is the public version of Exhibit 2. A sealed version of Exhibit 2 will be filed separately under seal and will remain under seal until further order of this court.

DATED: April 2, 2024            Respectfully submitted,

By: <u>*/s/ Timothy Wang*</u>
Timothy Wang
Texas Bar No. 24067927
twang@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*