**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**ZHAOYU SHI,**

                    Plaintiff,

    v.

**THE PARTNERSHIPS and**                   **Civil Action No. 1:24-cv-2630**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE "A"**

                    Defendants.

## EXHIBIT 3 – PUBLIC VERSION

This is the public version of Exhibit 3. A sealed version of Exhibit 3 will be filed separately under seal and will remain under seal until further order of this court.

DATED: April 2, 2024

Respectfully submitted,

By: */s/ Timothy Wang*
Timothy Wang
Texas Bar No. 24067927
twang@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*