**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ZHAOYU SHI,** <br><br> Plaintiff, <br><br> v. <br><br> **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"** <br><br> Defendants. | Civil Action No. 1:24-cv-2630 |

## EXHIBIT 4 – PUBLIC VERSION

This is the public version of Exhibit 4. A sealed version of Exhibit 4 will be filed separately under seal and will remain under seal until further order of this court.

| | |
|---|---|
| DATED: April 2, 2024 | Respectfully submitted,<br><br>By: /s/ Timothy Wang<br>Timothy Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br><br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>*Counsel for Plaintiff* |